## UNITED STATES OF DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:19-cv-44-GJQ | 5/7/2020 | 11:15 am – 11:22 am | Maarten Vermaat |

### CASE CAPTION

| Ronald Duquette v Lake Superior & Ishpeming Railroad Co. |
|---|

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Kenneth Sophie | Plaintiff |
| Peter McLeod | Defendant |

### PROCEEDINGS

**NATURE OF HEARING:** Telephone Status Conference

Parties are still planning on having mediation scheduled soon.

May 18 FPTC/Settlement Conference and June 15 jury trial are adjourned

To schedule further status conference in mid-June.

Proceedings Not Recorded
Deputy Clerk:  C.A. Moore