UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RONALD DUQUETTE, | Case No. 2:19-cv-44 |
| Plaintiff, | Hon. Gordon J. Quist<br>U.S. District Judge |
| v. | |
| LAKE SUPERIOR & ISHPEMING<br>RAILROAD COMPANY, | |
| Defendant. | |

## **ORDER**

The undersigned held a telephone status conference on May 7, 2020. Counsel anticipate having the case mediated in May or June and both agreed to adjourn the current trial date.

IT IS HEREBY ORDERED that the June 15, 2020 jury trial and May 18, 2020 final pretrial and scheduling conference scheduled in this case are adjourned.

The Court will hold another status conference in mid-June.

IT IS SO ORDERED.

Dated: May 8, 2020              /s/ Maarten Vermaat
                               MAARTEN VERMAAT
                               U.S. MAGISTRATE JUDGE